UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEWEY ADDINGTON,

    Plaintiff,

v.                                          Case No. 08-C-81

WAUPACA COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

**ORDER**

Plaintiff Addington has filed an action under 42 U.S.C. § 1983. In a screening order, I dismissed the complaint without prejudice and allowed Addington twenty-one days in which to file an amended complaint specifying the involvement of each of the defendants. He has not done so. Instead, he has filed a one-page letter in which he states that several individuals would let him see only the jail doctor rather than take him to the hospital. This neither sets forth a basis for deliberate indifference nor complies with Rule 8's requirements for the contents of a federal complaint. Although pro se litigants are entitled to have their filings construed liberally, there is no way to construe what the plaintiff has filed as the basis for relief under § 1983. Accordingly, the plaintiff's letter will not be construed as a suitable amended complaint, and the case is **DISMISSED** for failure to prosecute.

    **SO ORDERED** this  18th  day of June, 2008.

                                                  s/ William C. Griesbach
                                                 William C. Griesbach
                                                 United States District Judge